United States District Court
Southern District of Texas
**ENTERED**
March 31, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| LETISIA S. HINOJOSA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:22-CV-00019 |
| § | |
| CARRINGTON MORTGAGE SERVICES, § | |
| LLC, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

Having received no response from Plaintiff Letisia S. Hinojosa to the Court's March 8, 2022 Order, the Court hereby **ORDERS** that all of Plaintiff's claims against Defendant in this action are **DISMISSED** without prejudice for want of prosecution. *See* FED. R. CIV. P. 41(b); *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988) (district court may sua sponte dismiss action without prejudice for plaintiff's failure to prosecute or to comply with any court order).

SO ORDERED March 31, 2022, at McAllen, Texas.

*/s/ Randy Crane*
Randy Crane
United States District Judge